**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

JONATHAN MORRIS, on behalf of himself
and all others similarly situated,

      Plaintiffs,

v.                                                                                          Case No.: 2:10-cv-587-FtM- 36SPL

BOB 1, INC. and BOB 2, INC.,
Florida Profit Corporations, and
WARREN FRYE and KERRY FRYE,
Individually,

      Defendants.
_____/

**Defendant's Submission of Court Ordered Joint Report Regarding Settlement Conference**

      Comes Now, the Defendants' BOB 1, INC. and BOB 2, INC., Florida Profit Corporations, and WARREN FRYE and KERRY FRYE, Individually, by and through their undersigned counsel, Geralyn F. Noonan, and hereby files the Defendant's Submission of the Court-Ordered Joint Report Regarding the Settlement Conference, pursuant to the Court Order filed on October 12, 2010, as follows:

      1.  On December 20, 2010, both parties met and discussed settlement proposals. The Plaintiffs presented specific demands.

      2.  On January 10, 2011, the Defendants directed written correspondence to Plaintiffs' counsel, expressing sincere interest in resolving the matter, and presenting a counter-proposal to the Plaintiffs' settlement demands of December 20, 2010.

      3.  The Defendants proposed that the matter be held open for settlement discussions for a longer period of time.

      4.  The Plaintiffs agreed to hold the settlement discussions open for another seven days, which the Defendants find acceptable.

      5.  The undersigned attorney has conferred with opposing counsel prior to the filing of this document, pursuant to the appropriate court rule.

**Certificate of Service**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF to: Bill B. Berke, Esq., BERKE & LUBELL, PA., 1003 Del Prado Blvd., Suite 300, Cape Coral, Florida 33990 on this 10th day of January, 2011.

      S/. Geralyn F. Noonan, Esq.
      GERALYN F. NOONAN
      Counsel for Defendants
      P.O. Box 07338
      Fort Myers, FL 33912
      (239) 694-7070 PHONE
      (239) 481-0993 FAX
      Florida Bar No: 968020