UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JONATHAN MORRIS, on behalf of himself and all others similarly situated,

           Plaintiff,

-vs-                                                  Case No. 2:10-cv-587-FtM-36SPC

BOB 1, INC., a Florida Profit Corporation, BOB 2, INC., a Florida Profit Corporation, WARREN FRYE, Individually, KERRY FRYE, Individually,

           Defendants.
_____

**ORDER**

This matter comes before the Court on the Plaintiff Jonathan Morris's Motion to Strike Defendants' Rule 68 Offer of Judgment (Doc. #27) filed on February 28, 2011. Pursuant to Local Rule 3.01(g), Counsel for Plaintiffs was scheduled to have a telephone conference with the Defense Counsel however, she was unavailable. The Plaintiffs' Counsel sent an email regarding this motion to strike and no response was forthcoming. Under M.D. Fla. Local Rule 3.01(g), attempting to confer prior to filing a motion is not sufficient, instead the parties must actually confer. Nevertheless due to the procedural nature of the Motion at issue, the Court will rule on the Motion. Fed. R. Civ. P. 68(a) provides in pertinent part:

> **(a) Making an Offer; Judgment on an Accepted Offer.**
> More than 10 days before the trial begins, a party defending against a claim may serve on an opposing party an offer to allow judgment on specified terms, with the costs then accrued. If, within 10 days after being served, the opposing party serves written notice accepting the offer, either party may then file the offer and notice of acceptance, plus proof of service. The clerk must then enter judgment.

Rule 68(a) requires that the offer of judgment be accepted prior to the offer being filed with the Court. See Steven Baicker-McKee, William M. Janssen, and John B. Corr, Federal Rules Handbook 2011, 1269 (West 2010) (discussing the proper use of an Offer of Judgment under Fed. R. Civ. P. 68(a)). Based upon the Federal Rules, the Defendants' Offer of Judgment (Doc. # 26) is improperly filed with the Court. Therefore, good cause exists to grant the Plaintiffs' Motion to Strike.

Accordingly, it is now

**ORDERED:**

The Plaintiff Jonathan Morris's Motion to Strike Defendants' Rule 68 Offer of Judgment (Doc. #27) is **GRANTED**. The Clerk of the Court is hereby directed to **STRIKE** the Defendant's Offer of Judgment (Doc. # 26) from the Court's docket sheet.

**DONE AND ORDERED** at Fort Myers, Florida, this ___2nd___ day of March, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record