# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

JONATHAN MORRIS, on behalf of himself and all others similarly situated,

        Plaintiff,

-vs-                                      Case No.  2:10-cv-587-FtM-36SPC

BOB 1, INC., a Florida Profit Corporation, BOB 2, INC., a Florida Profit Corporation, WARREN FRYE, Individually, KERRY FRYE, Individually,

        Defendants.

_____

## ORDER

This matter comes before the Court on The Plaintiff Jonathan Morris's Motion to Enforce Settlement (Doc. #32) filed on April 1, 2011.  Under the Federal Rules, the Defendant has up to and including April 14, 2011, to file a response to the Motion.  Based upon the information provided to the Court in the Plaintiff's Motion, the Court cannot determine whether or not the settlement is fair as required under the FLSA nor even if the agreement has been fully completed.  Therefore, given the nature of the dispute that has arisen over the alleged settlement at issue here, the Court finds good cause to hold a hearing on the issue after the Defendant's Counsel has filed its response.

Accordingly, it is now

**ORDERED:**

(1) The Defendant has up to and including **Thursday, April 14, 2011**, to file a Response to the Plaintiff's Motion to Enforce Settlement.

(2) The Parties shall appear before the undersigned for a hearing on the issues presented in their respective Motion and Response on **Monday, April 18, 2011, at 1:30pm.** at the United States Courthouse and Federal Building, 2110 First Street, Courtroom 5D, Fort Myers, Florida 33901.

(3) **The Parties may appear via telephone**. In order to appear via telephone the Parties must contact Leslie Hinton, Courtroom Deputy to the Honorable Sheri Polster Chappell, at **(239) 461-2068**, and provide the Court with a telephone number where they maybe reached at the set date and time of the hearing.

(4) Should the Parties resolve the dispute and complete the settlement agreement, the Plaintiff shall notify the Court that the settlement has been finalized and file the agreement with the Court for the Court's review in accord with the FLSA.

**DONE AND ORDERED** at Fort Myers, Florida, this ___7th___ day of April, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record