# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

JONATHAN MORRIS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.        CASE NO. 2:10-CV-587-FtM-36SPC

BOB 1, INC., a Florida Profit Corporation, BOB 2, INC., a Florida Profit Corporation, WARREN FRYE, Individually, KERRY FRYE, Individually,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by United States Magistrate Judge Sheri Chappell on May 5, 2011 (Dkt. 43), recommending that the Court grant the Joint Motion for Approval of FLSA Settlement, filed on May 2, 2011 (Dkt. 42). The Magistrate recommends that the Court approve the settlement of $12,000.00 reached in this action, without compromise, and dismiss this case with prejudice (Dkt. 43, p. 3).

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects. The Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir.1982); 29 U.S.C. § 216.

Accordingly, it is hereby, **ORDERED** and **ADJUDGED** as follows:

1) The Report and Recommendation of the Magistrate Judge (Dkt. 43) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this order for all purposes, including appellate review.

2) The Joint Motion for Approval of FLSA Settlement (Dkt. 42) is **GRANTED**. The Settlement of: $3,400.00 to Plaintiff Jonathan Morris; $2,100.00 to Plaintiff George Brighindi; $6,000.00 in attorney's fees to Burke & Lubell, P.A.; and $500.00 in costs is **APPROVED,** as it constitutes a fair and reasonable resolution of this dispute**.**

3) This action is **DISMISSED with prejudice**.

4) The Clerk is directed to terminate any pending motions/deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on May 24, 2011.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
UNITED STATES MAGISTRATE JUDGE SHERI P. CHAPPELL
COUNSEL OF RECORD